MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: David John Millington
Chapter 7 Case No. 09-38181

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 2 | 137.14 | 0.17 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 4 | 4,008.69 | 4.98 |
| Recovery Management Systems Corporation<br>For GE MOney Bank<br>dba Sam's Club<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131 | 8 | 1,918.62 | 2.38 |
| Total | | | 7.53 |

Date: September 16, 2010

_____
Trustee

